| | |
|---|---|
| Karl Kronenberger, Bar No: 226112<br>KRONENBERGER ROSENFELD<br>150 Post St<br>San Francisco, CA  94108-4707 | (415) 955-1155 |

**BY FAX**

Representing: Plaintiff     File No. Verde Media Group

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| Verde Media Corp.<br><br>         Plaintiff/Petitioner<br>                    vs.<br><br>Ron Levi, et al.<br><br>         Defendant/Respondent | Case No: 3:14-cv-00891-MEJ<br><br>Proof of Service of:<br>See Attached List<br><br><br>Service on:<br>   Nautell Capital Ltd., a Cyprus limited company<br><br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

OL# 7340242

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Karl Kronenberger, 226112<br>KRONENBERGER ROSENFELD<br>150 Post St<br>San Francisco, CA 94108-4707 | (415) 955-1155 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Verde Media Group | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Verde Media Corp.

DEFENDANT:
Ron Levi, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:14-cv-00891-MEJ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

See Attached List

BY FAX

2. Party Served:    Nautell Capital Ltd., a Cyprus limited company

3. Person Served:   Ron Levi - Person authorized to accept service of process

   a. Left with:    Kat Kruz- Person in Charge of Office

4. Date & Time of Delivery:   3/6/2014    10:05 AM

5. Address, City and State:   5146 Douglas Fir Road Suite 205
                              Calabasas, CA 91302

6. Manner of Service:   By leaving the copies with or in the presence of Kat Kruz, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $73.15

Registered California process server.
County: LOS ANGELES
Registration No.: 6373

Ryan Lustig One Legal - 194-Marin 504 Redwood
Blvd #223 Novato, CA 94947 415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/24/2014 at Los Angeles, California.

Signature: _____
Ryan Lustig
OL# 7340242

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Karl Kronenberger, 226112<br>KRONENBERGER ROSENFELD<br>150 Post St | (415) 955-1155 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Verde Media Group | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Verde Media Corp.

DEFENDANT:
Ron Levi, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:14-cv-00891-MEJ |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 3/18/2014, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

See Attached List

BY FAX

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Nautell Capital Ltd., a Cyprus limited company
Ron Levi
5146 Douglas Fir Road, Suite 205
Calabasas, CA 91302

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $73.15

Shari Kolsky
Ryan Lustig
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/24/2014 at Los Angeles, California.

Shari Kolsky

OL# 7340242