# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERDE MEDIA CORP.** f/k/a The Verde Media Group, LLC, a Nevada corporation,<br><br>          Plaintiff,<br>     vs.<br><br>**RON LEVI**, an individual; ARDESHIR S. AKHAVAN, an individual; HARKLET ENTERPRISES, LTD., a Cyprus limited company; NUNATON COMPANY, LTD., a Cyprus limited company; INTERNET BUSINESS SERVICES, LLC, a limited liability company of unknown origin; NAUTELL CAPITAL LTD., a Cyprus limited company; CASH TRAFFIC LTD., a limited company of unknown origin; ALACRE TRADING LTD., a Cyprus limited company; and DOES 1-20,<br><br>          Defendant. | Case No. 14-cv-00891 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On March 27, 2014, Defendant Internet Business Services, LLC filed its Motion to Dismiss (Dkt. No. 19). Thereafter, Plaintiff filed an amended complaint. (Dkt. No. 24.)

In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot. *See* Fed. Rule Civ. Proc. 15(a)(1)(B).

This Order terminates Docket No. 19.

**IT IS SO ORDERED.**

Date: June 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**