1  Ira P. Rothken, State Bar No. 160029
   ira@techfirm.net
2  ROTHKEN LAW FIRM
3  3 Hamilton Landing, Suite 280
   Novato, CA  94949
4  Telephone: (415) 924-4250
   Facsimile:  (415) 924-2905
5

6  Attorneys for Defendants
   Internet Business Services, LLC, Internet Live, LLC,
7  Internet Brand, LLC and Ardeshir S. Akhavan

8  **KRONENBERGER ROSENFELD, LLP**
9  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
10 Virginia A. Sanderson (Bar No. 240241)
   150 Post Street, Suite 520
11 San Francisco, CA 94108
12 Telephone:  (415) 955-1155
   Facsimile:  (415) 955-1158
13 karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
14 ginny@KRInternetLaw.com

15
   Attorneys for Plaintiff
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

20

21 VERDE MEDIA CORP.,                  Case No.  4:14-cv-00891-YGR

22                  Plaintiff,         ORDER GRANTING
                                       STIPULATED REQUEST TO CONTINUE
   v.                                  CASE MANAGEMENT CONFERENCE AND
23                                     HEARING ON MOTIONS TO DISMISS AND
                                       EXTEND RESPONSIVE PLEADING
24 RON LEVI, et al.,                   DEADLINES; [PROPOSED] ORDER
25                  Defendants.         AS MODIFIED BY THE COURT
                                       CMC DATE: August 11, 2014
26                                     HEARING DATE: August 12, 2014
                                       REQUESTED DATE: September 2, 2014
27                                     TIME:  2:00 p.m.
                                       **Hon. Yvonne Gonzalez Rogers**
28                                     **Courtroom 1 - 4th Floor**

---

                                        i
**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON
MOTIONS TO DISMISS; [PROPOSED] ORDER**
United States District Court, Northern Dist. of California, No. 4:14-cv-00891-YGR

Plaintiff Verde Media Corp. ("Plaintiff"), and Defendants Internet Business Services, LLC ("IBS"), Internet Live, LLC ("ILive"), Internet Brand, LLC ("IBrand") and Ardeshir S. Akhavan ("Akhavan") hereby state and request as follows:

WHEREAS, the Initial Case Management Conference in this action is currently set for August 11, 2014 at 2:00 p.m.; and

WHEREAS, there are pending motions to dismiss filed by IBS (Dkt 33), ILive (Dkt 39) and IBrand (Dkt 38) set for August 12, 2014 at 2:00 p.m.; and

WHEREAS, there is a further pending motion to dismiss filed by Akhavan (Dkt 50) set for September 2, 2014; and

WHEREAS, on July 22, 2014, Plaintiffs filed proofs of service of process on individual defendants Guy Mizrachi ("Mizrachi") and Kristi Luhar ("Luhar"), who have not yet responded; and

WHEREAS, the parties met and conferred on Monday, July 21, 2014 regarding case management issues; and

WHEREAS, the parties believe it is in the interests of justice and conservation of resources to hold the Initial Case Management Conference at the same time as the Hearing on Motions to Dismiss and to set all matters to be heard on September 2, 2014 at 2:00 p.m., the date on which the Akhavan Motion to Dismiss is currently set and to extend the deadline of Mizrachi's and Luhar's responsive pleading to the First Amended Complaint to ten (10) days after the September 2, 2014 hearings, namely September 12, 2014.

WHEREFORE, IT IS HEREBY STIPULATED:

1. The Parties request that the Initial Case Management Conference in this action, currently set for August 11, 2014 at 2:00 p.m., and the hearing on motions to dismiss filed by IBS (Dkt 33), ILive (Dkt 39) and IBrand (Dkt 38), set for August 12, 2014 at 2:00 p.m., be continued to **Tuesday, September 2, 2014 at 2:00 p.m.** to be heard with the Akhavan motion to dismiss (Dkt 50), or such other later date

as the Court deems fit;

2. The parties further request that the deadline for Mizrachi's and Luhar's responsive pleading to the First Amended Complaint be extended to ten (10) days after the September 2, 2014 hearings, namely **September 12, 2014**.

**IT IS SO STIPULATED.**

Dated: July 23, 2014

| **KRONENBERGER ROSENFELD, LLP** | **ROTHKEN LAW FIRM** |
|---|---|
| By: s/ Virginia A. Sanderson<br>Virginia A. Sanderson | By: s/ Ira P. Rothken<br>Ira P. Rothken |
| Attorneys for Plaintiff | Attorneys for Defendants |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

s/Ira P. Rothken
Ira P. Rothken

### [~~PROPOSED~~] ORDER

**PURSANT TO STIPULATION, the Court ORDERS as follows: (1) hearing on all motions** to dismiss currently pending shall be on September 2, 2014, at 2:00 p.m.; (2) the case management conference currently set for August 11, 2014 is CONTINUED to October 27, 2014, at 2:00 p.m.; and (3) Mizrachi and Luhar's responsive pleading deadline is extended to September 12, 2014.

Date: July 25, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge