# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERDE MEDIA CORP.**, | Case No. 14-cv-00891 YGR |
| Plaintiff, | **ORDER STRIKING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT KRISTI LUHAR** |
| vs. | |
| **RON LEVI, ARDESHIR S. AKHAVAN, HARKLET ENTERPRISES, LTD., NUNATON COMPANY, LTD., INTERNET BUSINESS SERVICES, LLC, NAUTELL CAPITAL LTD., CASH TRAFFIC LTD., AND ALACRE TRADING LTD.**, | |
| Defendants. | |

Defendant Kristi Luhar filed a motion for summary judgment on July 29, 2014. (Dkt. No. 53.) The filing does not comply with this Court's Standing Order in Civil Cases at paragraph 9(a). The motion is **STRICKEN** on those grounds.[1]

The Court further notes that the motion does not comply with this Court's Standing Order in Civil Cases at paragraph 9(c) (requiring a separate statement of facts), and the declaration in support does not comply with Civil Local Rule 79-5 concerning submission under seal of evidence in a redacted form.  Counsel must correct such deficiencies in any future filing.

The Clerk shall strike Dkt. No. 53 from the record.

**IT IS SO ORDERED.**

Date: July 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court notes that the Northern District of California's Guidelines for Professional Conduct (http://cand.uscourts.gov/pages/1059) direct that counsel file a motion only after engaging in a good faith effort to resolve the issue by meeting and conferring with the opposing party or parties in advance.  *See* Guideline 10, Motion Practice.