UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERDE MEDIA CORP.,

               Plaintiff,

      v.

RON LEVI, et al.,

               Defendants.

Case No.  14-cv-00891-YGR   (JSC)

**ORDER RE: MOTION TO QUASH**

Re: Dkt. No. 56

      Defendants' motion to quash third-party subpoenas (Dkt. No. 56) has been referred to this judge for decision.  (Dkt. No. 57.)  The Court will hold a discovery conference with the parties on Thursday, August 28, 2014 at 9:30 a.m.  The parties may attend in person or may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.  No further filings from either party are needed.  The Order setting a hearing date on the motion to quash (Dkt. No. 58) is VACATED.

      **IT IS SO ORDERED.**

Dated: August 25, 2014

Jacqueline S. Corley

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California