**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERDE MEDIA CORP. f/k/a The Verde Media Group, LLC, a Nevada corporation,<br><br>             Plaintiff,<br>v.<br><br>RON LEVI, *et al.*,<br><br>             Defendants. | Case No.: 14-CV-891- YGR<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS** |

Due to the Court's trial calendar, hearing on the pending motions to dismiss by Defendants Internet Business Services, LLC, Internet Live, LLC, Internet Brand, LLC, and Ardeshir S. Akhavan (Dkt. Nos. 33, 39, 38, and 50, respectively), currently set for September 2, 2014, is **CONTINUED** to **September 23, 2014,** at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: August 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**