UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDE MEDIA CORP., <br><br> Plaintiff, <br> v. <br> RON LEVI, et al., <br><br> Defendants. | Case No. 14-cv-00891-YGR (JSC) <br><br> **ORDER RE: MOTION TO QUASH SUBPOENAS AND/OR FOR PROTECTIVE ORDER** <br><br> Re: Dkt. No. 56 |

Defendants' Motion to Quash Subpoenas (Dkt. No. 56) was referred to the undersigned magistrate judge. For the reasons stated on the record during the hearing on August 28, 2014, the underlying subpoenas are stayed pending further order of the Court or agreement between Plaintiff and the subpoenaed parties.

This Order disposes of Docket No. 56.

**IT IS SO ORDERED.**

Dated: August 28, 2014

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge