UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**VERDE MEDIA CORP.**,

    Plaintiff,

  v.

**RON LEVI, ET AL.**,

    Defendants.

Case No. 14-cv-00891-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference currently set for Monday, October 27, 2014, is **CONTINUED** to **November 17, 2014, at 2:00 p.m.** The parties shall file an updated case management statement five business days in advance of the continued conference.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**