1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**VERDE MEDIA CORP.**,

        Plaintiff,

    v.

**RON LEVI, ET AL.**,

        Defendants.

Case No.   14-cv-00891-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

       The deadline for plaintiff to file a Second Amended Complaint is February 18, 2015.  (*See* Dkt. No. 88 at 16.)  In the absence of an operative complaint conferring federal (and supplemental) jurisdiction, it is premature to set any dates.  Moreover, the parties have requested the Case Management Conference be continued.  (*See* Dkt. No. 89 at 2.)  In light of the foregoing, the Case Management Conference in this matter is **CONTINUED** from February 9, 2015 to the Court's 2:00 p.m. Calendar on Monday, **March 30, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

       **IT IS SO ORDERED.**

Dated: February 3, 2015

_____

      **YVONNE GONZALEZ ROGERS**
      **UNITED STATES DISTRICT COURT JUDGE**