UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERDE MEDIA CORP.** f/k/a The Verde Media Group, LLC, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**RON LEVI**, an individual, et al.,<br><br>Defendants. | Case No. 4:14-cv-00891-YGR<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION TO FURTHER EXTEND DEADLINE FOR SERVICE OF SUMMONS AND COMPLAINT<br><br>*AS MODIFIED BY THE COURT*<br><br>Before:   Hon. Yvonne Gonzalez Rogers |

Before the Court is plaintiff's unopposed Motion to Further Extend Deadline for Service of Summons and Complaint. The Court has reviewed the papers submitted by plaintiff in connection with the motion and has determined that it is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for March 17, 2015 is **VACATED**.

The Court having considered the motion, the memoranda, and the related other papers and pleadings on file herein, and good cause appearing, hereby **ORDERS** as follows:

Plaintiff's Motion to Further Extend Deadline for Service of Summons and Complaint is **GRANTED IN PART**. The deadline for Service of the Summons, Complaint, and related case management documents on the Cyprus Corporations, Harklet Enterprises, Ltd., Nunaton Company Ltd. d/b/a CashTraffic.com, Nautell Capital Ltd. d/b/a CitySex.com, and Alacre Trading Ltd. d/b/a iBallers.com, is extended to **April 25, 2015**. Except as noted herein, the motion is **DENIED**.

This Order terminates Docket Number 85.

**IT IS SO ORDERED.**

Dated: March 16, 2015

Hon. Yvonne Gonzalez Rogers
United States District Court Judge